UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE DEFORE DELANEY, | ) | 1:08-CV-00418 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS WITH LEAVE TO |
| | ) | AMEND |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| DEBRA DEXTOR, | ) | TO SEND PETITIONER FORM PETITION |
| | ) | |
| Respondent. | ) | ORDER REFERRING MATTER BACK TO |
| | ) | MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 18, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED with leave to amend. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Petitioner did not timely filed objections to the Findings and Recommendation.

As fully discussed by the Magistrate Judge, the instant petition fails to state a claim and fails to demonstrate exhaustion of state remedies; therefore, it must be dismissed. Petitioner will be

1  provided an opportunity to file an amended petition raising fully exhausted, cognizable claims.
2  Petitioner is advised that failure to do so will result in dismissal of the action.
3    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
4  *novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the
5  Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1. The Findings and Recommendation issued April 18, 2008, is ADOPTED IN FULL;
8    2. The Petition for Writ of Habeas Corpus is DISMISSED;
9    3. Petitioner is GRANTED thirty (30) days from the date of service of this Order to file
10    a First Amended Petition;
11   4. The Clerk of Court is DIRECTED to send Petitioner a blank form for filing a habeas
12    petition pursuant to 28 U.S.C. § 2254; and
13   5. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.
14
15 IT IS SO ORDERED.
16 **Dated:   July 16, 2008**       **/s/ Anthony W. Ishii**
                CHIEF UNITED STATES DISTRICT JUDGE